USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
VALENTIN REID, *on behalf of himself and all others similarly situated*, :
:
:
Plaintiff, : 19-cv-05562 (LJL)
-v- :
: **ORDER**
SELL IT SOCIAL, LLC, :
:
Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    This case has been randomly reassigned to me for all purposes. On February 6, 2020, this Court issued an order scheduling an initial pretrial conference for today at 10:00 a.m. Plaintiff failed to appear. Accordingly, IT IS HEREBY ORDERED:

    No later than March 20, 2020, Plaintiff shall submit a letter to the Court stating whether he intends to prosecute this action and explaining why he failed to appear at the initial pretrial conference that was scheduled for today at 10:00 a.m. If Plaintiff does not submit a letter to the Court by March 20, 2020, this action may be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: March 6, 2020
       New York, New York

                                                      LEWIS J. LIMAN
                                                      United States District Judge