UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VALENTIN REID,

                Plaintiff,

    -v-

SELL IT SOCIAL, LLC,

                Defendant.
------------------------------------------------------------------X

19-cv-05562 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The action is hereby DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    SO ORDERED.

Dated: March 25, 2020
       New York, New York

                                          LEWIS J. LIMAN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2020